AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
November 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____aq_____
DEPUTY

United States of America
v.

Juan Miguel Ituarte

*Defendant(s)*

Case No. **EP:25-MJ-6471-LE**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 23, 2025 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, or impeding a federal officer, in a manner that would constitute a simple assault, while engaged in and on account of his official duties in violation of Title 18, United States Code, Section 111(a)(1). |

This criminal complaint is based on these facts:

I am a Homeland Security Investigations Special Agent and this complaint is based on the facts stated within the attached affidavit:

☒ Continued on the attached sheet.

Complaint sworn to telephonically on November 24, 2025 at 01:25 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

☐ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 11/24/2025

City and state: El Paso, Texas

*Complainant's signature*
Michael S. Medina, HSI Special Agent
*Printed name and title*

*Judge's signature*
Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

On Sunday, November 23, 2025, at approximately 5:50 a.m., Customs and Border Protection Officer (CBPO) A.A. and CBPO R.P. were tasked with assisting a stalled vehicle in the preprimary area of the Ysleta Port of Entry (POE), located within the Western District of Texas. The officers entered the pre-primary area and observed the previously reported stalled vehicle, a gray 2014 Hyundai Genesis, traveling at a high rate of speed. The officers observed the vehicle crash into the metal railing protecting a pre-primary x-ray imaging system. The officers approached the driver of the vehicle, later identified as Juan Miguel ITUARTE, and asked if ITUARTE was hurt after the officers observed blood on ITUARTE's hands. ITUARTE confirmed he was not injured, however he refused to answer questions about either his identity or whether he had been drinking (alcohol). ITUARTE was instructed to exit the vehicle and place his hands behind his back. ITUARTE was placed in hand restraints and escorted to the headhouse of the POE by the officers.

While being escorted by the officers, ITUARTE repeatedly attempted to pull his left arm away from CBPO R.P. When all three individuals were located between primary lane 7 and the headhouse, ITUARTE attempted to pull his arm away from CBPO A.A. by quickly turning his body to the left while simultaneously shoving CBPO A.A. into the wall of the headhouse. CBPO R.P. attempted to regain control of ITUARTE causing all three individuals to fall. As ITUARTE fell, his head hit the wall before landing face first on the concrete. ITUARTE was eventually escorted to the secure holding cells in the headhouse while he repeatedly said, "what is your name? Just wait and see what I do to you." In the holding cell, CBPO R.P. instructed ITUARTE to sit on the bench and ITUARTE responded by stating he would not sit down.

While in the holding cell, CBPO A.G. observed a bump had formed over ITUARTE's left eyebrow before CBPO A.G. and CBPO C.S conducted a pat down. ITUARTE resisted the pat down by moving around while also pointing at officer's faces and threatening the officers. While the search was ongoing, CBPO F.C. entered the holding cell to turn ITUARTE's cellphone and wallet over to the officers conducting the pat down. ITURARTE questioned CBPO F.C. about why CBPO F.C. was smiling to which CBPO F.C. stated he was just happy. ITUARTE then turned around and stepped between multiple officers and kicked CBPO F.C. on the left upper leg causing pain to CBPO F.C. Multiple officers attempted to gain control of ITUARTE during which time ITUARTE was kicked in the leg by CBPO F.C. To de-escalate the situation, CBPO A.G. removed CBPO F.C. from the holding cell. Following the incident, ITUARTE was taken by ambulance to a local hospital for evaluation.

After ITUARTE returned to the Ysleta POE, Homeland Security Investigations (HSI) Special Agents (the agents) arrived to conduct an investigation. Upon arrival, the agents were provided with written statements by the CBPOs involved in the incident. After reviewing the statements and viewing available security footage of the incident, the agents advised ITUARTE of the Miranda Statement of Rights. ITUARTE agreed to provide a statement without the presence of an attorney.

ITUARTE initially told the agents he could not recall what transpired because he had been drinking. ITUARTE stated he traveled to Juarez, Chihuahua, Mexico at approximately 6:30 p.m. on Saturday, November 22, 2025, to attend a party. ITUARTE estimated that he returned to the United States between 2:00 a.m and 3:00 a.m. ITUARTE was questioned about his visible injuries and ITUARTE claimed the blood on his hands and pant legs was from the party. ITUARTE stated

he did know the origin of the scrape on his leg. When asked about the swelling above his left eye, ITUARTE stated that he did not have the bump prior to entering the holding cell and that he received the bump after five or six officers pinned him to the wall of the holding cell. ITUARTE stated he did not recall kicking an officer. ITUARTE had no recollection of attempting to pull away from the officers or falling while being escorted to the headhouse. ITUARTE also stated he was probably a little aggressive with the officers, but he could not remember because he had been drinking. The agents asked ITUARTE how much he had to drink and ITUARTE could not remember.

I make this affidavit based on my personal knowledge and information furnished to me by other law enforcement officers.

Michael S. Medina
HSI Special Agent